McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. BROOKS CUTTER,<br><br>           Plaintiff,<br><br>      v.<br><br>FOOD AND DRUG ADMINISTRATION and DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>           Defendants. | No. 1:09-cv-00107-LJO-DLB<br><br>**PARTIES' STIPULATION TO MODIFY ORDER OF MARCH 27, 2009, AND RESET STATUS CONFERENCE** |

    Defendants, the United States Food and Drug Administration ("FDA") and Department of Health and Human Services, by and through their attorneys, Lawrence G. Brown, Acting United States Attorney, and Yoshinori H. T. Himel, Assistant United States Attorney; and Plaintiff, C. Brooks Cutter, respectfully request that this Court modify the schedule set forth in the Court's Order dated March 27, 2009.

    As indicated in the parties' first Stipulation to Stay Action and Reset Status Conference, dated March 23, 2009, the parties agreed to stay the action until August 11, 2009, to allow FDA time to process Plaintiff's FOIA request once it had reached the front of the complex queue in FDA's Center for Devices and Radiological Health.  Accordingly, the parties agreed that Plaintiff would have two (2) weeks from the date of receipt of the last document produced by FDA to decide whether to challenge any of FDA's withholdings.  If

Plaintiff decided to challenge any of FDA's withholdings, FDA would provide a Vaughn index within thirty (30) calendar days after Plaintiff gave defense counsel of record and FDA's Office of Chief Counsel a notice of his intent to challenge the withholdings.

FDA produced the last document to Plaintiff on August 11, 2009. After the documents were produced, Plaintiff and other parties who received the documents informally raised questions to FDA regarding the production. FDA is currently trying to address those questions, but may not be able to do so before August 25, 2009, which is the date by which Plaintiff would be required to challenge FDA's withholdings under the March 27 Court Order.

The parties agree to extend the time that Plaintiff has to challenge FDA's withholdings until September 22, 2009, to allow FDA time to address the questions raised about the documents that were produced and to allow Plaintiff to make an informed determination as to whether to challenge FDA's withholdings. If Plaintiff decides to challenge FDA's withholdings, FDA agrees to produce a Vaughn index within thirty (30) calendar days after Plaintiff gives defense counsel of record and FDA counsel a notice of his intent to challenge the withholdings.

Based upon the foregoing, the parties move this Court to enter an order granting the Plaintiff until September 22, 2009, to challenge FDA's withholdings, consistent with the terms set forth in this stipulation, and to continue the status conference currently set by Order dated March 27, 2009, from September 22, 2009 to a date convenient to the Court.

Dated: August 24, 2009     /s/ C. Brooks Cutter
                           C. BROOKS CUTTER

Dated: August 21, 2009     LAWRENCE G. BROWN
                           Acting United States Attorney

                       By: /s/ Y H T Himel
                           YOSHINORI H. T. HIMEL
                           Assistant U.S. Attorney

Of Counsel:

DAVID S. CADE
Acting General Counsel
JEFFREY SENGER
Acting Associate General Counsel
Food and Drug Division
ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation
MICHAEL HELBING
Assistant Chief Counsel, Litigation
U.S. Dept. of Health & Human Services
Office of the General Counsel
5600 Fishers Lane
Rockville, MD  20857

## ORDER

Good cause appearing, Plaintiff is granted until September 22, 2009, to challenge FDA's withholdings.  The status conference presently set for 9:00 a.m. on September 22, 2009, is CONTINUED to 11/10/2009 at 9:30 am.,  before Magistrate Judge Beck.

IT IS SO ORDERED.

Dated:   **August 31, 2009**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE