BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. BROOKS CUTTER, | No. 1:09-cv-00107-LJO-DLB |
| Plaintiff, | **PARTIES' STIPULATION TO EXTEND PROTEST DATE AND RESET STATUS CONFERENCE; ORDER** |
| v. | |
| FOOD AND DRUG ADMINISTRATION and DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Defendants. | |

Plaintiff, C. Brooks Cutter, and Defendants, the United States Food and Drug Administration ("FDA") and Department of Health and Human Services, through their attorneys, Benjamin B. Wagner, United States Attorney, and Yoshinori H. T. Himel, Assistant United States Attorney, respectfully request that this Court modify the schedule set forth in the Court's Order filed November 2, 2009.

In the "Parties' Stipulation to Stay Action until December 15, 2009, and Reset Status Conference; Proposed Order," approved November 2, 2009, the parties agreed to extend the time permitted for the Plaintiff to challenge FDA's withholdings until January 14, 2010. Plaintiff now needs another 30 days, that is, until February 16, 2010, to decide whether to make that challenge.

1   Should the decision be not to challenge the withholdings, there would be nothing left to litigate,

2   and the parties should be able to stipulate dismissal.

3      The parties will not know the case status until February 16, 2010, which is after the status

4   conference set for February 9, 2010, at 9:00 a.m. before Judge Beck.  To serve judicial efficiency,

5   the parties request that the status conference be continued until March 17, 2010, at 9:30 a.m.,

6   before Judge Beck.

7      The parties previously agreed that FDA will not prepare a Vaughn index of redacted

8   information at this time.  If Plaintiff decides to challenge FDA's withholdings, FDA agrees to

9   produce a Vaughn index within thirty (30) calendar days after Plaintiff gives defense counsel of

10  record and FDA counsel a notice of his intent to challenge the withholdings.

11     Based upon the foregoing, the parties move this Court to enter an order continuing the

12  status conference set by Order filed November 2, 2009, from February 9, 2010, until March 17,

13  2010, at 9:30 a.m.

14

15  Dated:  January 15, 2010       */s/ C. Brooks Cutter*
                C. BROOKS CUTTER

16  Dated:  January 14, 2010       BENJAMIN B. WAGNER
                United States Attorney

17

18          By:  */s/ Y H T Himel*
                YOSHINORI H. T. HIMEL

19                  Assistant U. S. Attorney

20  Of Counsel:

21  DAVID S. CADE
 Acting General Counsel

22  MICHAEL M. LANDA
 Acting Associate General Counsel

23  Food and Drug Division
 ERIC M. BLUMBERG

24  Deputy Chief Counsel, Litigation
 MICHAEL HELBING

25  Assistant Chief Counsel, Litigation
 U.S. Dept. of Health & Human Services

26  Office of the General Counsel
 5600 Fishers Lane

27  Rockville, MD  20857

28  <small>PARTIES' STIPULATION TO EXTEND PROTEST DATE AND RESET STATUS CONFERENCE; PROPOSED ORDER</small>   Page 2

1

2

## ORDER

Good cause appearing, the status conference presently set for 9:00 a.m. on February 9, 2010, is CONTINUED until March 17, 2010, at 9:30 a.m., before Judge Beck.

IT IS SO ORDERED.

**Dated:   January 15, 2010**              /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28