BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. BROOKS CUTTER,<br><br>       Plaintiff,<br><br>   v.<br><br>FOOD AND DRUG ADMINISTRATION and DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>       Defendants. | No. 1:09-cv-00107-LJO-DLB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

     C. BROOKS CUTTER, plaintiff, and the FOOD AND DRUG ADMINISTRATION and the DEPARTMENT OF HEALTH AND HUMAN SERVICES, defendants, through their undersigned counsel of record, pursuant to Fed. R. Civ. P. 41(a)(2), hereby stipulate, subject to the approval of the Court as provided for hereon, that the entire action hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorney's fees.

## ORDER

    Based on the parties' stipulation, this Court DISMISSES this action with prejudice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   October 25, 2010         /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE